(No. 75-CC-817— ⸱⸱

MOORE BUSINESS FORMS, INC., Claimant, *vs.* STATE OF ⸱⸱⸱
ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed April 16, 1975.*

MOORE BUSINESS FORMS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respond-
ent.

PER CURIAM.

(No. 75-CC-820— 

W. B. JACKETS COMPANY, Claimant, *vs.* STATE OF ILLINOIS,
ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 16, 1975.*

W. B. JACKETS COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.